UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SENIOR,

                Plaintiff,

        v.

RECOLLECTIONS, INC,

                Defendant.

24-CV-1372 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On February 28, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

    The parties shall submit their joint letter no later than April 19, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 16, 2024
             New York, New York

                                                            Ronnie Abrams
                                                             United States District Judge